■ MONA LISA BOZER, Respondent, v TIMOTHY R. BOZER, Appellant. [786 NYS2d 756]—Appeal from a judgment of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 28, 2003 in a divorce action. The judgment, insofar as appealed from, directed defendant to pay maintenance for a period of 12 years.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Kehoe, Smith and Hayes, JJ.